# Cleo® 90 Infusion Set Training Guide

## To insert site and connect the tubing set



**1** Wash hands, dry thoroughly.



**2** Prepare site, allow to dry.



**3** Twist cap to remove.



cleo 90
infusion set



**4** Inspect device for adhesive and insertion needle.



**5** Press device firmly on site. Hold for 5 seconds, pull straight off.



**6** Press to secure adhesive.

### Additional Tips

- Do not use if site adhesive is missing from the top of the Cleo® set.
- Do not use if spring has activated and is visible in the device grip area.
- When Cleo® set adhesive has touched skin, do not reposition, as adhesive will lift prematurely from the device.
- Before disposal, inspect to see if needle is retracted; if still visible press down on outer edge until needle retracts.
- Dispose of in a manner consistent with other disposable medical products.



**7** Connect the tubing set and fill according to the pump User Manual.



**8** Pinch slide connector arms inward and slide fully open.



**9** Position site connector onto site with tubing in desired direction.



**10** Secure connector over site, push together until audible "click."



6 mm
0.2U
(0.002ml)

9 mm
0.3U
(0.003ml)

**11** Fill cannula with medication. (U100 insulin)

**12** Verify needle retracted. If still visible, press down on outer edge until needle retracts fully.

**NOTE:** This training guide is intended as a reference only. Please refer to the Instructions for Use provided with this product, which contains essential information, warnings and cautions of which the user must be made aware.

## To disconnect



Pinch connector arms to open. Lift off site.

## To remove site

Press finger near peel dot. Peel back adhesive.

smiths medical
**Smiths Medical MD, Inc.**
St. Paul, MN 55112, USA
Phone: 1-800-426-2448
www.smiths-medical.com
Smiths Medical, part of the global technology business Smiths Group

For more information, contact Smiths Medical MD Customer Support at **1-800-826-9703** or visit us on the web at www.cleoinfusionsets.com

Cleo and the Smiths medical design mark are trademarks of the Smiths Medical family of companies. The symbol ® indicates the trademark is registered in the U.S. Patent and Trademark Office and certain other countries. ©2007 Smiths Medical family of companies. All rights reserved.   12/07   19742