

# cleo⁹⁰ ™
## infusion set

*flexible* safe

convenient





Cleo 90 is a trademark of the Smiths Medical family of companies.
U.S. and foreign patent(s) pending.
© 2004 Smiths Medical family of companies.
All rights reserved.
40-5375-24A



# cleo 90
## infusion set

Subcutaneous cannula and tubing set
Use aseptic technique

www.cleoinfusionsets.com

CozMore™

smiths medical

2007-06
40-5374-24E

**fr** Set de perfusion Canule sous-cutanée et tubulure. Utiliser une technique aseptique.
**de** Infusionsset Subkutanes Kanülen- und Schlauchset. Aseptische Techniken anwenden.
**nl** Infusieset Subcutane canule en infusielijn. Gebruik een aseptische techniek.
**sv** Infusionsset Subkutan kanyl och slangset. Använd aseptisk teknik.
**da** Infusionssæt Subkutan kanyle og slangesæt. Brug aseptisk teknik.
**no** Infusjonssett Subkutan kanyle og slangesett. Bruk aseptisk teknik.
**fi** Infuusiojärjestelmää Ihonalainen kanyyli ja letku. Käytä aseptista tekniikkaa.
**es** Equipo de infusión Cánula subcutánea y equipo de entubado. Utilizar una técnica aséptica.
**pt** Conjunto de infusão Cânula subcutânea e conjunto de tubos. Utilizar técnica asséptica.
**it** Set di infusione Set di cannula sottocutanea e sondino. Usare una tecnica asettica.
**el** Σετ έγχυσης Σετ υποδόριας κάνουλας και σωλήνωσης. Χρησιμοποιείτε άσηπτη τεχνική.
**zh** 输注装置 皮下留置软管和导管装置。使用无菌技术。



**en To insert site and connect tubing set:** 1. Wash and dry hands. 2. Prepare site; allow to dry. 3. Remove cap. 4. Inspect device. 5. Press firmly; hold for 5 seconds; pull straight off. 6. Press to secure adhesive. 7. Connect tubing and fill according to pump User Manual. 8. Pinch site connector arms inward and slide fully open. 9. Attach tubing to site (1 of 8 positions). 10. Click! 11. Fill cannula with medication (U100 insulin). 12. Verify needle retracted (see CAUTIONS*).

**1**    **2** 

**fr Pour insérer dans le site et connecter la tubulure:** 1. Se laver et se sécher les mains. 2. Préparer le site; laisser sécher. 3. Retirer le capuchon. 4. Inspecter le dispositif. 5. Appuyer fermement; maintenir ainsi pendant 5 secondes; retirer d'un trait. 6. Presser pour bien fixer l'adhésif. 7. Connecter la tubulure et purger conformément aux instructions de la notice d'utilisation de la pompe. 8. Pincer les bras du connecteur vers l'intérieur puis les faire glisser en position complètement ouverte. 9. Fixer la tubulure au site (1 à 8 positions). 10. Cliquer! 11. Purger la canule de médicament (insuline U100). 12. Vérifier que l'aiguille est bien rétractée (voir les MISES EN GARDE*).

**3**    **4** 

**de Anbringen der Einstichstelle und Anschließen des Schlauchsets:** 1. Hände waschen und trocknen. 2. Einstichstelle vorbereiten, trocknen lassen. 3. Die Kappe abnehmen. 4. Kontrollieren Sie die Vorrichtung. 5. Festen Druck ausüben; 5 Sekunden lang festhalten; gerade nach oben abziehen. 6. Fest drücken, damit die Klebefläche gut haftet. 7. Schlauchset verbinden und gemäß Bedienungsanleitung der Pumpe füllen. 8. Konnektor seitlich zusammendrücken und ganz aufschieben. 9. Schlauch an der Einstichstelle befestigen (1 von 8 Positionen). 10. Klicken! 11. Die Kanüle mit dem Medikament füllen (U100-Insulin). 12. Nachprüfen, dass die Nadel eingezogen ist (sehen Sie VORSICHTSHINWEISE*).

**5**    **6** 

**nl Inbrengen subcutane canule en infusielijn aansluiten:** 1. Was en droog uw handen. 2. Bereid de aanprikplaats voor; laat deze drogen. 3. Verwijder de beschermdop. 4. Controleer totale disposable. 5. Hard drukken en vasthouden gedurende 5 seconden; recht aftrekken. 6. Druk om de plakstrook stevig te bevestigen. 7. Sluit de infusielijn aan en vul de set volgens de gebruiksaanwijzing van de pomp. 8. Knijp het ontkoppelingsmechanisme van de aanprikplaatsconnector aan beide zijde naar binnen en schuif ze volledig open. 9. Bevestig de lijn op de aanprikplaats (1 van 8 posities). 10. Klik! 11. Vul de canule met de medicatie (E100 insuline). 12. Controleer of de naald is uitgetrokken (zie LET OP*).

**7**    **8** 

**sv Applicering av insticksstället och anslutning av slangset:** 1. Tvätta och torka händerna. 2. Förbered insticksstället. Låt torka. 3. Ta av skyddet. 4. Kontrollera apparaten. 5. Tryck hårt och håll nedtryckt 5 sekunder, dra bort. 6. Tryck så att klistret fastnar. 7. Anslut slangsetet och fyll på det enligt pumpens bruksanvisning. 8. Tryck anslutningens armarna inåt och öppna helt och hållet. 9. Anslut slangen till insticksstället (1 av 8 positioner). 10. Klick! 11. Fyll kanylen med läkemedel (100E insulin). 12. Kontrollera att nålen är indragen (se FÖRSIKTIGHETSÅTGÄRDER*).

**9**    **10** 

**da For at påsætte adgangssted og tilkoble slangesæt:** 1. Vask og tør hænderne. 2. Klargør adgangsstedet; lad det tørre. 3. Tag beskyttelseshætten af. 4. Tjek produktet. 5. Tryk hårdt; hold i 5 sekunder; træk lige af. 6. Tryk for at fastgøre plasteret. 7. Kobl slangesættet til og fyld det i henhold til pumpens brugsanvisning. 8. Klem konnektorarmene indad og luk den helt op. 9. Fastgør slangen til stedet (1 af 8 positioner). 10. Klik! 11. Fyld kanylen med medicin (U100 insulin). 12. Tjek, at nålen er trukket tilbage (se FORHOLDSREGLER*).

**11**    **12** 

**no Innsettingsområde og tilkobling av slangesettet:** 1. Vask og tørk hendene. 2. Forbered området; la det tørke. 3. Ta av beskyttelseshetten. 4. Inspektør apparaten. 5. Trykk godt; hold ned i 5 sekunder; trekk rett av. 6. Trykk slik at klebestoffet fester seg. 7. Koble slangesettet og fyll ifølge pumpens brukerhåndbok. 8. Klem tilkoblingsarmene innover og skyv til de er helt åpne. 9. Fest slangen til stedet (1 av 8 posisjoner). 10. Klikk! 11. Fyll kanylen med legemiddel (U100 insulin). 12. Bekreft at nålen er trukket tilbake (se FORHOLDSREGLER*).

**fi Infuusiokohdan sisäänpisto ja letkun liittäminen:** 1. Pese ja kuivaa kätesi. 2. Valmistele infuusiokohta ja anna sen kuivua. 3. Poista korkki. 4. Tarkastaa laitteet. 5. Paina lujasti; jatka painamista 5 sekunnin ajan; vedä suoraan pois. 6. Kiinnitä liimaus lujaan painamalla. 7. Liitä letku ja suorita täyttäminen pumpun käyttöoppaan mukaan. 8. Purista infuusiokohdan liittimen haarat sisäänpäin ja vedä liitin täysin auki. 9. Kiinnitä letku infuusiokohtaan (yhteen kahdeksasta asemasta). 10. Napsahdus! 11. Täytä kanyyli lääkkeellä (U100-insuliini). 12. Varmista, että neula on täysin sisällä (nähdä HUOMAUTUKSIA*).

**es Para insertar en la zona y conectar el set de administración:** 1. Lavar y secar las manos. 2. Prepare la zona; espere a que esté seca. 3. Retirar la tapa. 4. Examine el dispositivo. 5. Presione firmemente; mantenga la presión durante cinco segundos; retire sin cambiar la posición. 6. Presione sobre para asegurar el adhesivo. 7. Conecte el equipo de entubado y llene de acuerdo al Manual de la bomba. 8. Presione hacia adentro los brazos del conector del área y deslícelos hasta que se abran completamente. 9. Sujete el entubado al sitio (1 de 8 posiciones). 10. Clic! 11. Llene la cánula con el medicamento (U100 insulina). 12. Verifique que la aguja esté replegada (vea las PRECAUCIONES*).

**pt Para introduzir o disco e ligar o conjunto de tubos:** 1. Lavar e secar as mãos. 2. Preparar o disco; deixar secar. 3. Retirar a tampacapa. 4. Inspecionar o dispositivo. 5. Pressione firmemente e mantenha por 5 segundos; retire sem alterar a posição. 6. Pressionar para fixar o adesivo. 7. Ligar o conjunto de tubos e encher conforme indicado no Manual de Utilização. 8. Apertar os braços do adaptador do disco e fazer deslizar até abrir totalmente. 9. Ligar a tubagem ao disco (1 de 8 posições). 10. Clic! 11. Encher a cânula com medicamento (U100 insulina). 12. Verificar se a agulha está recolhida (veja PRECAUÇÕES*).

**it Per inserire il sito e collegare il sondino:** 1. Lavarsi le mani e asciugarle. 2. Preparare il sito e lasciar asciugare. 3. Rimuovere il cappuccio. 4. Controllare il dispositivo. 5. Premere con decisione per 5 secondi; rimuovere. 6. Premere per fissare l'adesivo. 7. Collegare il tubo e riempire secondo il Manuale d'Uso della pompa. 8. Stringere verso l'interno i bracci del connettore del sito per aprirlo completamente. 9. Fissare il tubo al sito (1 di 8 posizioni). 10. Clic! 11. Riempire la cannula di medicazione (insulina U100). 12. Verificare che l'ago sia ritirato (vedere le PRECAUZIONI*).

**el Για το εισάγετε στην περιοχή και να συνδέσετε το σετ σωλήνωσης:** 1. Πλένετε και στεγνώνετε τα χέρια. 2. Προετοιμάστε την περιοχή και αφήστε την να στεγνώσει. 3. Αφαιρέστε το πώμα. 4. Αφαιρέστε το πώμα. 5. Πατήστε σταθερά και κρατήστε το πατημένο επί 5 δευτερόλεπτα, τραβήξτε το ευθεία προς τα έξω. 6. Πατήστε για να ασφαλιστεί το αυτοκόλλητο. 7. Συνδέστε το σετ σωλήνωσης και πληρώστε το σύμφωνα με το Εγχειρίδιο Χρήστη της αντλίας. 8. Τσιμπήστε τους βραχίονες της περιοχής προς τα μέσα και ανοίξτε τους τελείως. 9. Συνδέστε το σετ σωλήνωσης στην περιοχή (1 από 8 θέσεις). 10. Κλικ! 11. Γεμίστε την κάνουλα με το φάρμακο (100 μονάδες ινσουλίνης). 12. Επαληθεύστε ότι έχει αποσυρθεί η βελόνα (δείτε τις ΠΡΟΦΥΛΑΞΕΙΣ*).

**zh** 插入输注部位和连接导管装置: 1. 洗手并弄干手。2. 准备输注部位: 干燥输注部位。3. 取下帽。4. 检查装置。5. 稳固地按下: 保持 5 秒: 立刻拔出。6. 按压座之牢固粘贴。7. 按照泵用户手册, 连接导管, 并充盈。8. 向内夹住输注部位连接器 (分离器) 臂, 并滑动到完全打开。9. 连接导管到输注部位 (8 个位置之一)。10. 咔嗒! 11. 用药物充满留置软管 (U100 胰岛素)。12. 检查缩回的针 (参见 "注意 "*)。

**en To disconnect:** Open (as in step 8); lift off site. **fr Pour déconnecter:** Ouvrir (comme à l'étape 8); retirer du site. **de Trennen:** Öffnen (wie in Schritt 8); von der Einstichstelle abheben. **nl Loskoppelen:** Openen (zoals in stap 8); optillen van aanprikplaats. **sv Koppla bort:** Öppna (som i steg 8). Lyft bort. **da Frakobling:** Åbn (som i trin 8); løft toppen af. **no For å frakoble:** Åpne (som i trinn 8); løft fra området. **fi Irrotus:** Avaa (kuten vaiheessa 8) ja nosta pois infuusiokohdasta. **es Para desconectar:** Abrir (como se indica en el paso 8); sacar del lugar. **pt Para desligar:** Abrir (como no passo 8); levantar o disco. **it Per scollegare:** Aprire (come nella fase 8) e allontanare dal sito. **el Για αποσύνδεση:** Ανοίξτε (όπως στο βήμα 8), σηκώστε το από την περιοχή. **zh** 断开: 打开 (如同第 8 步); 离开输注部位。

**en To remove site:** **fr Pour retirer le site:** **de Einstichstelle entfernen:** **nl Aanprikplaats verwijderen:** **sv Ta bort anslutningen på insticksstället:** **da Fjernelse af adgangssted:** **no For å fjerne fra området:** **fi Infuusiokohdan poistaminen:** **es Para retirar el sitio:** **pt Para retirar o disco:** **it Per rimuovere il sito:** **el Για να αφαιρέσετε την περιοχή:** **zh** 移除输注部位:

**1**    **2** 

**en** **Indications for Use** — This infusion set is designed for subcutaneous infusion of medication (including insulin) only. It consists of an applicator that contains an adhesive site with cannula and needle, and a separate extension tubing set with buckle for connection to the site. After insertion of the needle and cannula, the applicator automatically retracts the needle, providing needle protection. The infusion set can be used with standard luer lock connectors.

**Contraindications** — DO NOT use for intravenous (IV) infusions, or to infuse blood or blood products.

**Access Site Selection** — Choose an area where you have a sufficient layer of subcutaneous tissue. Avoid areas that may be rubbed by clothing (waistband, etc.), and stay at least 2 inches (5 cm) away from your belly button. Your healthcare provider can help you with site selection and give you information about properly caring for your site.

**WARNINGS:**
- Never fill the tubing with medication or insulin while the infusion set is connected to your body, or you could deliver an unintended bolus of medication.
- Ask your healthcare provider to identify proper technique and to help you select and maintain infusion sites:
  - Different people have different amounts of subcutaneous tissue. Ask your healthcare provider for help to identify the correct soft cannula length for you.
  - Improper insertion of the soft cannula and failure to maintain your insertion site and tubing can result in inaccurate medication delivery as well as irritation and/or infection of the infusion site.
  - Check your site regularly to make sure it is still in place. If the tape becomes loose, replace the infusion set as this may mean that the soft cannula is not completely inserted. If your infusion site becomes inflamed or infected, replace the infusion set and choose a new site well away from the previous site.
  - Remove all air in the tubing and cannula before starting; infusion or medication delivery will be delayed as the tubing and cannula fill. Make sure the buckle is fully closed on the site hub or medication delivery will be interrupted.
  - Do not leave your tubing hanging loose where it could accidentally catch on objects and become disconnected.
- If using this infusion set for insulin delivery:
  - If your blood glucose becomes inexplicably high, or an occlusion alarm occurs, check the tubing and site – make sure the buckle is fully closed, check for clogs or leaks. If you cannot find the problem, replace your infusion set.
  - Develop a plan with your healthcare provider for quickly replacing missed insulin if you have a problem with the infusion set. You should also have a plan in place for temporarily disconnecting your infusion set.
  - Test your blood glucose level regularly to quickly identify problems, and to make sure whatever treatment plan you are using has been effective. This is particularly important before you temporarily disconnect the tubing and when you reconnect.
  - Do not change your infusion set just before bedtime. You must be able to test your blood glucose 1 to 3 hours after insertion to make sure the infusion set is properly inserted and insulin delivery is working.

**CAUTIONS:**
- Fluid path is STERILE and nonpyrogenic unless the tamper-evident ring is broken and/or the applicator appears damaged, broken or becomes wet with any liquid.
- Use applicator and tubing set once and then discard.
- *Verify needle retracted. If still visible, press down on OUTER edge until it retracts.
- Tubing set is STERILE and nonpyrogenic unless package is opened or damaged. Do not use if package is opened or damaged, or if product appears damaged.
- Do not put disinfectants, perfumes, deodorants or lotions on the infusion set or on the infusion site, as it could cause damage to the product.
- Store your infusion sets in a clean, cool, dry place. Leaving infusion sets in direct sunlight or in your car may cause damage.
- Observe time and temperature limits for stability of medication. Do not use with substances that are incompatible with fluid path materials. Make sure medication is at room temperature before use or air bubbles could form in tubing.
- Carefully read and follow instructions provided with pump, cartridge (if applicable) and medication.
- Dispose of used applicator, needles, tubing, cartridges (if applicable) and medication containers according to your local requirements.

Materials in the fluid path are medical grade: polycarbonate, silicone, fluorinated ethylene propylene, urethane/acrylate (uv cured), polyethylene and stainless steel. Replace your infusion set every 48 to 72 hours, according to Centers for Disease Control guidelines, or as your healthcare provider instructs you.

**fr** **Indications d'utilisation** — Ce set de perfusion est conçu uniquement pour les perfusions sous-cutanées de médicament (y compris l'insuline). Il comprend un applicateur composé d'un site adhésif avec canule et aiguille et d'une tubulure d'extension séparée dotée d'une boucle pour la connexion au site. Après l'insertion de l'aiguille et de la canule, l'applicateur rétracte automatiquement l'aiguille à titre de protection. Le set de perfusion doit être utilisé avec des connecteurs à raccord luer lock standard uniquement.

**Contre-indications** — NE PAS utiliser pour les perfusions intraveineuses (IV) ou pour la perfusion de sang ou de produits sanguins.

**Sélection du site d'accès** — Choisir un emplacement comportant une couche suffisante de tissu sous-cutané. Éviter les zones sur lesquelles les vêtements risquent de frotter (taille, etc.), et rester à au moins 5 cm du nombril. Votre prestataire de soins peut vous aider à sélectionner un site d'accès et vous indiquer comment le traiter.

**AVERTISSEMENTS:**
- Ne jamais remplir la tubulure de médicament ou d'insuline lorsque vous êtes connecté au set de perfusion; vous risqueriez d'administrer une dose accidentelle.
- Consulter votre prestataire de soins pour trouver la bonne technique et apprendre comment sélectionner et maintenir les sites de perfusion:
  - Chaque personne possède un tissu sous-cutané différent.
- Une mauvaise utilisation de la canule souple et le mauvais entretien du site d'insertion et de la tubulure peuvent entraîner une perfusion de médicament erronée ainsi qu'une irritation ou une infection du site de perfusion.
- Vérifier le site périodiquement pour vous assurer qu'il est toujours en place. Si la bande adhésive se desserre, remplacer le set de perfusion car ceci peut signifier que la canule souple n'est pas complètement insérée. Si le site de perfusion devient irrité ou infecté, remplacer le set de perfusion et choisir un nouveau site suffisamment éloigné du site précédent.
- Éliminer tout l'air de la tubulure et de la canule avant de commencer la perfusion; l'administration de médicament risque sinon d'être retardée à mesure que la tubulure et la canule se remplissent. S'assurer que la boucle est complètement fermée sur l'embase du site sinon l'administration de médicament sera interrompue.
- Ne pas laisser la tubulure pendre là où elle pourrait accidentellement accrocher des objets et se débrancher.
- Si vous utilisez ce set de perfusion pour administrer de l'insuline:
  - Si le taux de glycémie devient élevé de manière inexplicable ou si une alarme d'occlusion retentit, vérifier la tubulure et le site – s'assurer que la boucle est complètement fermée et vérifier la présence d'obstructions ou de fuites. Si l'on ne parvient pas à trouver la cause du problème, remplacer le set de perfusion.
  - Élaborer un plan avec votre prestataire de soins pour remplacer rapidement l'insuline manquante en cas de problème avec le set de perfusion. Prévoir également comment déconnecter temporairement votre set de perfusion en cas de besoin.
  - Tester votre niveau de glycémie périodiquement pour identifier rapidement les problèmes éventuels et pour vous assurer que votre plan de traitement est bien efficace. Ceci est particulièrement important avant de débrancher temporairement la tubulure et au moment de la rebrancher.
  - Ne pas changer de set de perfusion juste avant de vous coucher. Vous devez être capable de tester votre niveau de glycémie 1 à 3 heures après l'insertion pour vous assurer que le set de perfusion est correctement inséré et que l'administration d'insuline se déroule comme prévu.

**MISES EN GARDE:**
- Trajet de liquide est STÉRILE et non pyrogène à moins que l'anneau de sécurité soit cassé ou que l'applicateur soit endommagé, cassé ou mouillé sous l'effet d'un liquide.
- Utiliser l'applicateur et la tubulure une seule fois et les jeter après l'emploi.
- *Vérifier que l'aiguille est bien rétractée. Si elle est encore visible, appuyer sur le bord EXTÉRIEUR jusqu'à ce qu'elle se rétracte.
- La tubulure est STÉRILE et non pyrogène sauf si l'emballage est ouvert ou endommagé. Ne pas utiliser si l'emballage est ouvert ou endommagé ou en cas de dommage apparent du produit.
- Ne pas mettre de désinfectants, parfums ou déodorants sur le set de perfusion pour ne pas risquer de porter atteinte à son intégrité.
- Ranger les sets de perfusion dans un endroit propre, frais et sec. Le fait de laisser les sets de perfusion au soleil ou dans un véhicule risquerait de les endommager.
- Observer les dates de péremption et les limites de température pour assurer la stabilité du médicament. Ne pas utiliser avec des substances incompatibles avec les matériaux du circuit des fluides. S'assurer que le médicament est à la température ambiante avant de l'utiliser pour éviter la formation de bulles d'air dans la tubulure.
- Lire attentivement et observer les instructions fournies avec la pompe, la cartouche (le cas échéant) et le médicament.
- Jeter l'applicateur, les aiguilles, la tubulure, les cartouches (le cas échéant) et les récipients de médicament selon les règlementations locales en vigueur.

Les matériaux utilisés pour le circuit des fluides sont de qualité médicale: polycarbonate, silicone, éthylène-propylène fluoré, uréthane/acrylate (séchage UV), polyéthylène et acier inoxydable. Remplacer le set de perfusion toutes les 48 à 72 heures, conformément aux directives du CDC (Centers for Disease Control) ou aux procédures établies par votre prestataire de soins.

**de** **Gebrauchsanweisung** — Dieses Infusionsset dient nur zur subkutanen Infusion von Medikamenten (einschließlich Insulin). Es besteht aus einem Applikator mit einer Einstichstelle, Kanüle und Nadel und einem separaten Verlängerungsschlauch mit Konnektor zum Anschluss an die Einstichstelle. Nach dem Einführen der Nadel und der Kanüle zieht der Applikator die Nadel automatisch zurück, um ein versehentliches Verletzen mit der Nadel zu vermeiden. Das Infusionsset kann mit Standard-Luerlockanschlüssen benutzt werden.

**Kontraindikationen** — NICHT für intravenöse (IV-) Infusionen oder zur Infusion von Blut oder Blutprodukten vorgesehen.

**Wahl der Einstichstelle** — Wählen Sie einen Bereich, in dem eine ausreichende subkutane Gewebeschicht vorhanden ist. Vermeiden Sie Bereiche, an denen sich Kleidung scheuert (Bund usw.), und bleiben Sie mindestens 5 cm (2 in.) vom Nabel entfernt. Ihr medizinischer Betreuer kann Ihnen bei der Wahl der Einstichstelle helfen und Sie über die richtige Pflege der Einstichstelle informieren.

**WARNHINWEISE:**
- Der Schlauch darf nicht mit Medikament oder Insulin gefüllt werden, wenn das Infusionsset an Ihren Körper angeschlossen ist, da Sie versehentlich eine Bolusdosis des Medikaments verabreichen könnten.
- Lassen Sie sich von Ihrem medizinischen Betreuer die richtige Technik zeigen, wie Einstichstellen gewählt und gepflegt werden:
  - Verschiedene Menschen haben verschieden dicke subkutane Gewebeschichten. Bitten Sie Ihren medizinischen Betreuer um Hilfe bei der Bestimmung der für Sie korrekten Kanülenlänge.
  - Ein falsches Einführen der weichen Kanüle sowie unzureichende Pflege der Einstichstelle und des Schlauches können zu ungenauer Medikamentenabgabe sowie zur Reizung und/oder Infektion der Infusionsstelle führen.
  - Überprüfen Sie die Einstichstelle regelmäßig, um sicherzustellen, dass sich nichts verändert hat. Wenn sich das Klebeband löst, ersetzen Sie das Infusionsset, da dies bedeuten kann, dass die weiche Kanüle u.U. nicht völlig eingeführt ist.
- Entfernen Sie vor dem Start der Infusion sämtliche Luft aus dem Schlauch und der Kanüle, da sich anderenfalls die Medikamentenabgabe verzögert, während Schlauch und Kanüle gefüllt werden. Überzeugen Sie sich davon, dass der Konnektor am Ansatzstück der Einstichstelle ganz geschlossen ist, da anderenfalls die Medikamentenzufuhr unterbrochen wird.
- Darauf achten, dass der Schlauch nicht lose durchhängt, damit er sich nicht versehentlich an Gegenständen verfangen und lösen könnte.
- Bei Verwendung dieses Infusionssets für die Insulinabgabe:
  - Falls der Blutzuckerspiegel unerklärbar hoch steigt oder ein Verschlussalarm ertönt, prüfen Sie Schlauch und Einführstelle nach – achten Sie darauf, dass der Konnektor völlig geschlossen ist und dass keine Verstopfungen oder Lecks vorhanden sind. Sollten Sie das Problem nicht beheben können, ersetzen Sie Ihr Infusionsset.
  - Entwickeln Sie einen Plan mit Ihrem medizinischen Betreuer für den schnellen Ersatz von verpassten Insulindosen, wenn ein Problem mit dem Infusionsset auftritt. Sie sollten auch einen Plan bereit haben für den Fall, dass Ihr Infusionsset vorübergehend trennen müssen.
  - Testen Sie Ihren Blutzuckerspiegel regelmäßig, um Probleme schnell identifizieren zu können, und vergewissern Sie sich, dass Ihr Behandlungsplan effektiv ist. Dies ist besonders dann wichtig, wenn Sie vor dem Schlauch vorübergehend getrennt und später wieder angeschlossen wird.
  - Vermeiden Sie ein Austauschen des Infusionssets unmittelbar vor dem Zubettgehen. Sie müssen Gelegenheit haben, Ihren Blutzuckerspiegel 1 bis 3 Stunden nach dem Einführen des Sets zu überprüfen, um sicherzustellen, dass es ordnungsgemäß eingeführt ist und die Insulinabgabe funktioniert.

**VORSICHTSHINWEISE:**
- Flüssigkeitsweg ist STERIL und pyrogenfrei, es sei denn, der Sicherungsring ist zerbrochen und/oder der Applikator scheint beschädigt oder zerbrochen zu sein bzw. wird nass, wenn er mit Flüssigkeit gefüllt ist.
- Applikator und Schlauchset nur einmal benutzen und dann entsorgen.
- *Nachprüfen, dass die Nadel eingezogen ist. Wenn sie noch sichtbar ist, an der ÄUSSEREN Kante nach unten drücken, bis sie eingezogen ist.
- Das Schlauchset ist STERIL und pyrogenfrei, es sei denn, die Verpackung wurde geöffnet oder beschädigt. Nicht benutzen, falls die Packung geöffnet oder beschädigt ist oder falls das Produkt beschädigt ist oder scheint.
- Keine Desinfektionsmittel, Parfüm, Deodorants oder Lotionen auf dem Infusionsset oder der Infusionsstelle anbringen, da dies das Produkt beschädigen könnte.
- Das Infusionsset an einem sauberen, kühlen, trockenen Ort lagern. Wird das Infusionsset direktem Sonnenlicht ausgesetzt oder im Auto zurückgelassen, kann es beschädigt werden.
- Die Zeit- und Temperaturbegrenzungen für die Stabilität des Medikaments beachten. Nicht mit Substanzen verwenden, die mit den Materialien des Flüssigkeitspfades nicht kompatibel sind. Sicherstellen, dass das Medikament vor der Verwendung auf Zimmertemperatur erwärmt ist, da sich anderenfalls Luftbläschen im Schlauch bilden könnten.
- Die der Pumpe, der Patrone (sofern zutreffend) und dem Medikament beiliegenden Anleitungen aufmerksam durchlesen und genau befolgen.
- Benutzte Applikatoren, Nadeln, Schläuche, Patronen (sofern zutreffend) und Medikamentenbehälter gemäß lokalen Vorschriften entsorgen.

Die Infusionsleitung ist aus medizinischem Spezialmaterial hergestellt: Polycarbonat, Silikon, fluoriertes Ethylenpropylen, Urethan/Akrylat (UV-gehärtet), Polyethylen und Edelstahl. Ersetzen Sie Ihr Infusionsset alle 48 bis 72 Stunden gemäß Richtlinien der Centers for Disease Control oder gemäß Anweisungen Ihres medizinischen Betreuers.

**nl** **Gebruiksaanwijzing** — Deze infusieset is alleen ontwikkeld voor subcutane infusie van medicatie (inclusief insuline). De set bestaat uit een applicator met een canule en naald en een afzonderlijke verlengslijn met een sluitmechanisme voor vasthechting aan de aanprikplaats. Nadat de naald en de canule zijn ingebracht, trekt de applicator de naald automatisch terug, zodat de naald wordt beschermd. De infusieset kan worden gebruikt met standaard luerlockconnectoren.

**Contra-indicaties** — NIET gebruiken voor intraveneuze (IV) infusies of om bloed of bloedproducten via infuus toe te dienen.

**Keuze aanprikplaats** — Kies een gebied waar uw huid over voldoende subcutaan weefsel beschikt. Vermijd gebieden die kunnen worden geschuurd door kleding (tailleband, enz.) en houd minstens 5 cm (2 inch) afstand tot uw navel. Uw behandelend arts kan u helpen met de keuze van de aanprikplaats en u informatie geven over een correcte verzorging van uw aanprikplaats.

**WAARSCHUWINGEN:**
- Vul de lijn nooit met medicatie of insuline terwijl de infusieset verbonden is met uw lichaam, anders zou u onopzettelijk een medicatiebolus kunnen toedienen.
- Vraag uw behandelend arts om de correcte techniek te identificeren en u te helpen bij de keuze en het verzorgen van de aanprikplaatsen:
  - Verschillende mensen hebben verschillende hoeveelheden subcutaan weefsel. Vraag uw behandelend arts om hulp bij de identificatie van de correcte lengte van de zachte canule voor u.
  - Als u de zachte canule verkeerd inbrengt of uw aanprikplaats en infusielijn niet goed onderhoudt, kan dit resulteren in een onnauwkeurige toediening van medicatie, irritatie en/of infectie van de aanprikplaats voor het infuus.
  - Controleer regelmatig uw aanprikplaats om zeker te zijn dat deze nog steeds op de juiste plaats zit. Als de plakstrook loskomt, dient u de infusieset te vervangen aangezien dit kan betekenen dat de zachte canule niet volledig is ingebracht. Als uw aanprikplaats voor het infuus ontstoken of geïnfecteerd is, dient u de infusieset te vervangen en een nieuwe aanprikplaats te kiezen die op ruime afstand van de vorige aanprikplaats ligt.
- Verwijder alle lucht uit de lijn en de canule voordat u het infuus start. Anders zal het infuus of de toediening van de medicatie worden uitgesteld terwijl de lijn en de canule worden gevuld. Controleer of het sluitmechanisme volledig is gesloten op de naaf van de aanprikplaats, anders zal de toediening van de medicatie worden onderbroken.
- Als deze infusieset wordt gebruikt voor het toedienen van insuline:
  - Als het niveau van uw bloedglucose onverklaarbaar hoog is, of als er een occlusiealarm optreedt, controleer dan de lijn en de aanprikplaats. Controleer of het sluitmechanisme volledig gesloten is en controleer op verstoppingen of lekkage. Als u het probleem niet kunt vinden, vervang dan uw infusieset.
  - Ontwikkel samen met uw behandelend arts, een plan om de gemiste insuline snel te vervangen als u een probleem hebt met de infusieset. U moet ook een plan opstellen voor het geval u uw infusieset tijdelijk moet loskoppelen.
  - Test regelmatig uw bloedglucoseniveau om snel problemen te herkennen en om zeker te zijn dat elk behandelingsplan dat u volgt, effectief is geweest. Dit is vooral belangrijk voordat u de lijn tijdelijk losmaakt en wanneer u deze opnieuw aansluit.
  - Vervang uw infusieset nooit voordat u naar bed gaat. U moet in staat zijn uw bloedglucose 1 tot 3 uur na het aanbrengen te testen om zeker te zijn dat de infusieset correct is ingebracht en dat de insulinetoediening werkt.

**WAARSCHUWINGEN:**
- Vloeistofpad is STERIEL en pyrogeen vrij, tenzij de verzegelring gebroken is en/of de applicator beschadigd, gebroken lijkt of als deze nat wordt door een vloeistof.
- Gebruik de applicator en de lijn slechts eenmaal en gooi ze vervolgens weg.
- *Controleer of de naald is uitgetrokken. Druk omlaag op de BUITENSTE rand tot deze loskomt.
- De infusieset is STERIEL en pyrogeen vrij tenzij de verpakking geopend of beschadigd is. Gebruik het product niet als de verpakking geopend of beschadigd is, of als het product zelf beschadigd lijkt.
- Breng geen desinfecteermiddelen, parfums, deodorants of lotions op de infusieset of op de aanprikplaats voor het infuus aan, aangezien dit het product kan beschadigen.
- Bewaar uw infusiesets in een schone, koele, droge ruimte. Als u de infusiesets in direct zonlicht of in uw auto laat liggen, kan dit schade veroorzaken.
- Houd rekening met de tijd- en temperatuurlimieten voor de stabiliteit van de medicatie. Gebruik de set niet met substanties die niet compatibel zijn met het materiaal van de lijnen. Controleer of de medicatie op kamertemperatuur is voordat u ze gebruikt. Anders kunnen er luchtbellen worden gevormd in de lijn.
- Lees en volg de richtlijnen die bij de pomp, het reservoir (indien van toepassing) en de medicatie zijn geleverd.
- Volg de lokale regelgeving voor het wegwerpen van de applicator, naalden, lijnen, reservoir (indien van toepassing) en verpakkingen van medicatie.

Materialen in de infusielijn zijn van medische kwaliteit: polycarbonaat, silicone, gefluorideerd ethyleenpropyleen, urethaan/acrylaat (UV-gehard), polyethyleen en roestvrij staal. Vervang uw infusieset elke 48 tot 72 uren, volgens de richtlijnen van de Centers for Disease Control of van uw behandelend arts.

**sv** **Användningsområde** — Det här infusionsset är endast avsett för subkutan infusion av läkemedel (inklusive insulin). Det består av en applikator med självhäftande anslutning med kanyl och nål och ett separat slangset med fäste för anslutning till insticksstället. När nålen och kanylen förts in, drar applikatorn automatiskt tillbaka nålen, och skyddar den samma. Infusionsset kan användas med luer lock-kopplingar av standardtyp.

**Kontraindikationer** — Får INTE användas för intravenösa (IV) infusioner eller för infusion av blod eller blodprodukter.

**Val av insticksställe** — Välj ett område där du har tillräckligt med subkutan vävnad (underhudsfett). Undvik områden där kläder kan skava (linningar etc.) och välj ett område som ligger minst 5 cm (2 inches) från naveln. Vårdpersonalen kan hjälpa dig välja insticksställe och informera om hur du sköter om det.

**VARNINGAR!**
- Fyll aldrig slangen med läkemedel eller insulin när infusionssetet är anslutet till kroppen. Du kan dosera en oavsiktlig bolus av läkemedlet.
- Be vårdpersonalen visa dig rätt teknik och hjälpa dig välja och sköta insticksställen:
  - Olika personer har olika mycket subkutan vävnad. Be vårdpersonalen hjälpa dig att hitta rätt längd på den mjuka kanylen.
  - Felaktigt införande av den mjuka kanylen och dålig skötsel av insticksstället och slang kan leda till felaktig läkemedelsdosering och irritation och/eller infektion av insticksstället.
  - Kontrollera insticksstället regelbundet för att kontrollera att anslutningen sitter på plats. Om tejpen lossnar, byt infusionsset eftersom det kan betyda att den mjuka kanylen inte är helt införd. Om insticksstället blir inflammerat eller infekterat, byt infusionsset och välj ett nytt insticksställe som inte ligger i närheten av det tidigare.
  - Ta bort all luft i slangen och kanylen innan du börjar infusionen, annars kan läkemedelsdoseringen försenas när slangen och kanylen fylls. Kontrollera att fästet är helt stängt på anslutningen till insticksstället, annars avbryts läkemedelsdoseringen.
  - Lämna inte slangen hängande lös. Den kan av misstag fastna i föremål och kopplas bort.
- Om du använder infusionsset för insulindosering:
  - Om ditt blodsockervärde blir oförklarligt högt eller vid ett ocklusionslarm, kontrollera slangen och insticksstället – kontrollera att fästet är helt stängt och om det finns stopp eller läckor. Om du inte hittar problemet, byt infusionsset.
  - Gör en plan tillsammans med vårdpersonalen för att snabbt ersätta insulin du blir utan om du har problem med infusionssetet. Du ska också ha en plan om du tillfälligt måste koppla bort infusionssetet.
  - Testa ditt blodsockervärde regelbundet för att snabbt hitta problem och för att kontrollera att den behandlingsplan du har är effektiv. Det är särskilt viktigt innan du tillfälligt kopplar bort och när du återansluter slangen.
  - Byt inte infusionsset precis före sänggås. Du måste kunna testa ditt blodsockervärde 1 till 3 gånger efter införande för att kontrollera att infusionssetet är korrekt placerat och att insulindoseringen fungerar.

**FÖRSIKTIGHETSÅTGÄRDER:**
- Vätskebana är STERIL och icke-pyrogen om inte de garantiförseglade ringen brutits och/eller applikatorn är skadad,

**en**

**Indications for Use** — This infusion set is designed for subcutaneous infusion of medication (including insulin) only. It consists of an applicator that contains an adhesive site with cannula and needle, and a separate extension tubing set with buckle for connection to the site. After insertion of the needle and cannula, the applicator automatically retracts the needle, providing needle protection. The infusion set can be used with standard luer lock connectors.

**Contraindications** — DO NOT use for intravenous (IV) infusions, or to infuse blood or blood products.

**Access Site Selection** — Choose an area where you have a sufficient layer of subcutaneous tissue. Avoid areas that may be rubbed by clothing (waistband, etc.), and stay at least 2 inches (5 cm) away from your belly button. Your healthcare provider can help you with site selection and give you information about properly caring for your site.

**WARNINGS:**
- Never fill the tubing with medication or insulin while the infusion set is connected to your body, or you could deliver an unintended bolus of medication.
- Ask your healthcare provider to identify proper technique and to help you select and maintain infusion sites:
  - Different people have different amounts of subcutaneous tissue. Ask your healthcare provider for help to identify the correct soft cannula length for you.
  - Improper insertion of the soft cannula and failure to maintain your insertion site and tubing can result in inaccurate medication delivery as well as irritation and/or infection of the infusion site.
  - Check your site regularly to make sure it is still in place. If the tape becomes loose, replace the infusion set as this may mean that the soft cannula is not completely inserted. If your infusion site becomes inflamed or infected, replace the infusion set and choose a new site well away from the previous site.
  - Remove all air in the tubing and cannula before starting; infusion or medication delivery will be delayed as the tubing and cannula fill. Make sure the buckle is fully closed on the site hub or medication delivery will be interrupted.
  - Do not leave your tubing hanging loose where it could accidentally catch on objects and become disconnected.
- If using this infusion set for insulin delivery:
  - If your blood glucose becomes inexplicably high, or an occlusion alarm occurs, check the tubing and site – make sure the buckle is fully closed, check for clogs or leaks. If you cannot find the problem, replace your infusion set.
  - Develop a plan with your healthcare provider for quickly replacing missed insulin if you have a problem with the infusion set. You should also have a plan in place for temporarily disconnecting your infusion set.
  - Test your blood glucose level regularly to quickly identify problems, and to make sure whatever treatment plan you are using has been effective. This is particularly important before you temporarily disconnect the tubing and when you reconnect.
  - Do not change your infusion set just before bedtime. You must be able to test your blood glucose 1 to 3 hours after insertion to make sure the infusion set is properly inserted and insulin delivery is working.

**CAUTIONS:**
- Fluid path is STERILE and nonpyrogenic unless the tamper-evident ring is broken and/or the applicator appears damaged, broken or becomes wet with any liquid.
- Use applicator and tubing set once and then discard.
- *Verify needle retracted. If still visible, press down on OUTER edge until it retracts.
- Tubing set is STERILE and nonpyrogenic unless package is opened or damaged. Do not use if package is opened or damaged, or if product appears damaged.
- Do not put disinfectants, perfumes, deodorants or lotions on the infusion set or on the infusion site, as it could cause damage to the product.
- Store your infusion sets in a clean, cool, dry place. Leaving infusion sets in direct sunlight or in your car may cause damage.
- Observe time and temperature limits for stability of medication. Do not use with substances that are incompatible with fluid path materials. Make sure medication is at room temperature before use or air bubbles could form in tubing.
- Carefully read and follow instructions provided with pump, cartridge (if applicable) and medication.
- Dispose of used applicator, needles, tubing, cartridges (if applicable) and medication containers according to your local requirements.

Materials in the fluid path are medical grade: polycarbonate, silicone, fluorinated ethylene propylene, urethane/acrylate (uv cured), polyethylene and stainless steel. Replace your infusion set every 48 to 72 hours, according to Centers for Disease Control guidelines, or as your healthcare provider instructs you.