**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNOMEDICAL A/S,<br><br>      *Plaintiff*,<br><br>vs.<br><br>SMITHS MEDICAL MD, INC.,<br><br>      *Defendant*. | CASE NO. 1:09-CV-04375<br><br>Judge Blanche M. Manning<br>Magistrate Judge Sidney I. Schenkier<br><br>JURY TRIAL DEMANDED |

### SMITH MEDICAL ASD, INC.'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT UNDER LOCAL RULE 3.2

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Smiths Medical ASD, Inc. discloses the following entities who own 5% or more of Smiths Medical ASD, Inc.:  MedVest Holdings Corporation.

Dated:   August 19, 2009

Respectfully submitted,

By:   */s/ Barry F. Irwin, P.C.*
     Barry F. Irwin, P.C. (# 6211213)
     Matthew D. Satchwell (#6290672)
     Sarah L. Burstein (#6292486)
     **KIRKLAND & ELLIS LLP**
     300 N. LaSalle Street
     Chicago, Illinois  60654
     312.862.2000 (Telephone)
     312.862.2200 (Facsimile)
     barry.irwin@kirkland.com
     matthew.satchwell@kirkland.com
     sarah.burstein@kirkland.com

     *Counsel for Defendant,
     Smiths Medical ASD, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **August 19, 2009** I caused a true and correct copy of the foregoing document, **SMITH MEDICAL ASD, INC.'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT UNDER LOCAL RULE 3.2**, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of electronic filing to the counsel of record listed below that such filing is available for viewing and downloading. Documents required to be served by Fed.R.Civ.P. 5(a) have been served.

>Robert S. Mallin
>Anastasia Heffner
>**BRINKS HOFER GILSON & LIONE**
>NBC Tower, Suite 3600
>455 N. Cityfront Plaza Dr.
>Chicago, Illinois 60614
>312.321.4200 (Telephone)
>312.321.4299 (Facsimile)
>rmallin@usebrinks.com
>aheffner@usebrinks.com

Dated: August 19, 2009

>*/s/ Barry F. Irwin, P.C.*
>Barry F. Irwin, P.C. (# 6211213)
>**KIRKLAND & ELLIS LLP**
>300 N. LaSalle Street
>Chicago, Illinois 60654
>312.862.2000 (Telephone)
>312.862.2200 (Facsimile)
>barry.irwin@kirkland.com
>
>*Counsel for Defendant,*
>*Smiths Medical ASD, Inc..*