# EXHIBIT 1

**Reference: <u>U.S. Patent No. 5,451,210.</u>**

| '493 Claim Element | '493 Patent Claim 1 | '210 Patent. |
|---|---|---|
| 1 | 1. A container for facilitating placement of a medical device through a patient's skin, the container comprising: | *See, e.g.*, Col. 2, ll. 57-61. |
| 2 | a cylindrical housing in which there are defined a cap and a sleeve, | *See, e.g.*, Figs. 1 and 2, elements 48 and 16 and corresponding description at Cols. 6-7. |
| 3 | said sleeve including a resting base having a planar surface configured for placement against a patient's skin, | *See, e.g.*, Fig. 1, element 18, and corresponding description at Cols. 6-7. |
| 4 | said cap surrounding at least a portion of said sleeve and being axially slidable relative to said sleeve to substantially encase said sleeve when a sufficient pressure is exerted on said cap; | *See, e.g.*, Figs. 1 and 2, elements 48 and 16 and corresponding description at Cols. 6-7; "A cylindrical actuation handle 48 fits over end 24 of the main housing 16 for sliding movement along the main housing." Col. 6, ll. 38-41. |
| 5 | a retaining member located within said housing, said retaining member having a needle secured thereto; | *See, e.g.*, Fig. 1, elements 14 and 44, and corresponding description at Cols. 6-7; |
| 6 | a releasing member for releasing said needle from said retaining member when said cap is made to slide on said sleeve, thereby allowing the placement of said needle under the patient's skin and the subsequent removal of said container; | *See, e.g.*, Figs. 1-4, element 46, and corresponding description at Cols. 6-7; "When an adequate force has been stored in the spring 34, the front barrel 18 has been pushed back to a point so that the lock ball(s) 44 are able to enter the trip pocket 46, as shown in Fig. 2." Col. 7, ll. 4-8. |
| 7 | wherein the container is disposable and upon exertion of said pressure on said cap the force resulting from said pressure is transferred to said needle so that said needle is placed through the patient's skin by means of said pressure exerted on said cap. | *See, e.g.*, Figs. 1-4 and corresponding description at Cols. 6-7; "Compression of the spring 34 behind the syringe body 12 occurs as the barrel 18 is pushed toward the actuation handle 48 and generates a force that will be used for needle 14 advancement and drug 32 injection." Col. 6, l. 68-Col. 7, l. 4. |



FIG._1

Reference: **U.S. Patent No. 5,248,301.**

| '493 Claim Element | '493 Patent Claim 23 | '301 Patent |
|---|---|---|
| 1 | 23. A container for facilitating placement of a cannula of a medical device through a patient's skin, the container comprising: | *See, e.g.*, Col. 3, ll. 7-13. |
| 2 | a housing comprising a cap telescopically slidable over a sleeve, | *See, e.g.*, Figs. 8 and 9, elements 30 and 32 and corresponding description at Cols. 5-8. |
| 3 | said sleeve defining an axis therethrough and including a resting base configured for placement against said patient's skin, | *See, e.g.*, Figs. 8 and 9, element 78 and corresponding description at Cols. 5-8. |
| 4 | said cap being slidable between a first position and a second position along the axis of said sleeve, wherein said cap substantially encases the axial length of said sleeve when said cap is in said second position; | *See, e.g.*, Figs. 8 and 9, elements 30 and 32 and corresponding description at Cols. 5-8; "Protrusions 82 are offset from opening 88 so that groves 90 receive protrusions 82 when the containers are locked in the first position. When guard 32 is telescoped into handle 30 until proximal end 84 contacts ridges 66 or until flange 78 contacts the distal end of handle 30, protrusions 82 follow groves 90 and guide the movement of the containers relative to one another." Col. 6, ll. 16-22. |
| 5 | and a retaining member located within said housing, said retaining member having a piercing member secured thereto, said piercing member extending at least partially through said cannula for transcutaneous placement of said cannula; | *See, e.g.*, Figs. 8, 9, and 10, elements 22, 26, 64, 66, 96, and 98 and corresponding description at Cols. 5-8. |
| 6 | wherein said piercing member is concealed within said sleeve when said cap is in said first position and exposed from said sleeve when said cap is in said second position; | *See, e.g.*, Figs. 8, 9, and 10, elements 22, 26, 94, 96, and 98 and corresponding description at Cols. 5-8; "When hub 24 is received and fastened in bore 64 of handle 30, introducer 22 and catheter 26 extend beyond handle 30 to about half way along the length of guard 32 when handle 30 and guard 32 are locked in the first position. In this way, when handle 30 and guard 32 are moved to the second position, introducer 22 and catheter 26 extend beyond flange 78 of |

4

| | | |
|---|---|---|
| | | guard 32 sufficiently far to accomplish an effective insertion to port 38." Col. 7, ll. 54-62. |
| 7 | wherein upon exertion of said pressure on said cap, said cap slides axially toward said patient's skin along said sleeve so that said piercing member is placed through said patient's skin and an end of said cannula is transcutaneously inserted and said medical device is retained on the patient and said piercing member secured to said retaining member is removed. | *See, e.g.*, Figs 2-7; Col. 9, ll. 7-47. |





5

**Reference:  U.S. Patent No. 6,613,064.**

| '493 Claim Element | '493 Patent Claim 1 | '064 Patent. |
|---|---|---|
| 1 | 1.  A container for facilitating placement of a medical device through a patient's skin, the container comprising: | *See, e.g.*, Col. 1, ll. 5-8. |
| 2 | a cylindrical housing in which there are defined a cap and a sleeve, | *See, e.g.*, Fig 1, elements 1 and 2, and corresponding description at Col. 1. |
| 3 | said sleeve including a resting base having a planar surface configured for placement against a patient's skin, | *See, e.g.*, Fig 1, element 3, and corresponding description at Col. 1. |
| 4 | said cap surrounding at least a portion of said sleeve and being axially slidable relative to said sleeve to substantially encase said sleeve when a sufficient pressure is exerted on said cap; | *See, e.g.*, Fig 4, elements 1 and 2, and corresponding description at Cols. 1-2. |
| 5 | a retaining member located within said housing, said retaining member having a needle secured thereto; | *See, e.g.*, Fig 1, elements 13 and 8, and corresponding description at Col. 1. |
| 6 | a releasing member for releasing said needle from said retaining member when said cap is made to slide on said sleeve, thereby allowing the placement of said needle under the patient's skin and the subsequent removal of said container; | *See, e.g.*, Figs. 1 and 4, element 12, and the corresponding description at Cols. 1-2; Col. 2, ll. 8-24. |
| 7 | wherein the container is disposable and upon exertion of said pressure on said cap the force resulting from said pressure is transferred to said needle so that said needle is placed through the patient's skin by means of said pressure exerted on said cap. | *See, e.g.*, Col. 2, ll. 8-24, 33-36. |

6



Fig. 1