**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division**

Unomedical A/S

                     Plaintiff,

v.                                                        Case No.: 1:09−cv−04375
                                                         Honorable Blanche M. Manning

Smiths Medical MD Inc.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 25, 2009:

      MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiff's motion [42] is granted. Accordingly, plaintiff is allowed to remove documents (Dkt. Nos. 32−2, 32−6, 33−1 and 33−4)from the record and plaintiff is given leave to file new public versions of these four documents, with redactions.Plaintiff's motion to seal [44] and defendants' motions (46 and 47) are also granted. Accordingly, the docket clerk is directed to place document number 37 under seal. Defendant's motion to file under seal (49) and for in camera review of Declaration of Barry Irwin is entered and continued to 9/29/09 before Judge Manning.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.