# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09-cv-4375 | **DATE** | 12/15/10 |
| **CASE TITLE** | Unomedical A/S v. Smiths Medical MD, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's *Motion for Leave to File a Notice of Supplemental Authority*[145, 146] is granted. No appearance necessary on 1/18/11.


Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|