**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Unomedical A/S

                                        Plaintiff,

v.                                                          Case No.: 1:09−cv−04375
                                                            Honorable John W. Darrah

Smiths Medical MD Inc.

                                        Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 21, 2011:

        MINUTE entry before Honorable John W. Darrah: At the joint request of the
parties, the status hearing scheduled for 1/26/11 is reset for 2/17/11 at 9:30 a.m. Parties
are to report on the status of their settlement discussions at that time. If the parties do not
reach an agreement by 2/17/11, a ruling on Unomedicals Motion to Strike/Motion to
Dismiss [140] will issue shortly thereafter. Mailed notice. (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.