## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Unomedical A/S

                    Plaintiff,

v.                                        Case No.: 1:09–cv–04375
                                                      Honorable John W. Darrah

Smiths Medical MD Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 24, 2011:

    MINUTE entry before Honorable Sidney I. Schenkier: In light of the district judge's order allowing the parties' joint request to reset the status hearing to report on the status of settlement discussions and setting the matter for status with the district judge on 2/17/11, the status hearing before the magistrate judge set for 2/02/11 is STRICKEN. The next status hearing with the magistrate judge is set for 3/10/11 at 9:00 a.m. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.