UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Unomedical A/S

                Plaintiff,

v.                                          Case No.: 1:09–cv–04375
                                                  Honorable John W. Darrah

Smiths Medical MD Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 6, 2011:

      MINUTE entry before Honorable Sidney I. Schenkier: Status hearing held. The parties report on the status of settlement efforts. The matter is set for a status hearing before the magistrate judge on 6/07/11 at 9:00 a.m. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.