**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNOMEDICAL A/S, )<br>)<br>    *Plaintiff*, )<br>)<br>vs. )<br>)<br>SMITHS MEDICAL MD, INC., )<br>)<br>    *Defendant*. )<br>) | CASE NO. 1:09-CV-04375<br><br>Judge John W. Darrah<br>Magistrate Judge Sidney I. Schenkier |

**Joint Stipulation of Dismissal as Between Plaintiff Unomedical A/S and Defendant Smiths Medical ASD, Inc.**

This matter having been amicably resolved by and between plaintiff Unomedical A/S and defendant Smiths Medical ASD, Inc., it is stipulated and agreed that all remaining claims and counterclaims pending in this case by and between plaintiff and defendant shall be, and hereby are, dismissed with prejudice and without costs.

Respectfully submitted,                           Respectfully submitted,

By:  */s/ Robert S. Mallin*                       By:  */s/ Champ W. Davis, Jr.*
     Robert S. Mallin, Esq.                            Champ W. Davis, Jr.(# 587192)
     Anastasia Heffner, Esq.                          DAVIS MCGRATH LLC
     Manish Mehta, Esq.                                125 South Wacker Drive, Suite 1700
     BRINKS HOFER GILSON & LIONE                       Chicago, IL 60606
     NBC Tower, Suite 3600                             312.332.3033 (Telephone)
     455 N. Cityfront Plaza Dr.                        312.332.6376 (Facsimile)
     Chicago, IL 60614                                 cdavis@davismcgrath.com
     312.321.4200 (Telephone)
     312.321.4299 (Facsimile)                          Edward T. Colbert (# 206425)
     rmallin@usebrinks.com                             John R. Hutchins (# 456749)
     aheffner@usebrinks.com                            KENYON & KENYON LLP
     mmehta@usebrinks.com                              1500 K Street, N.W.
         *Counsel for Plaintiff*                       Washington, DC 20005
         *UNOMEDICAL A/S*                              202.220.4200 (Telephone)
     Date: April 11, 2011                              202.220.4201 (Facsimile)

1

        ecolbert@kenyon.com
        jhutchins@kenyon.com

        K. Patrick Herman (# 4333266)
        KENYON & KENYON LLP
        One Broadway
        New York, NY 10004
        212.425.7200 (Telephone)
        212.425.5288 (Facsimile)
        pherman@kenyon.com
            *Counsel for Defendant Smiths*
            *Medical ASD, Inc.*
Date: <u>April 11, 2011</u>